[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**FILED**
OCT 05 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

TANZY CLEMONS )
)
_____ )
)
Plaintiff(s), ) Case Number: _____
)
v. DEPARTMENT OF HUMAN SERVICES, ) **1:23-cv-14551**
_____ ) Judge Virginia M. Kendall
STATE OF ILLINOIS ) Magistrate Judge Jeffrey T. Gilbert
_____ ) RANDOM
)
Defendant(s). )

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is **TANZY CLEMONS** of the county of **Cook** in the state of **Illinois**.

3. The defendant is **ILLINOIS DEPARTMENT OF HUMAN SERVICES**, whose street address is **11203 S. Ellis Ave,**,
(city) **Chicago** (county) **Cook** (state) **Illinois** (ZIP) **60628**
(Defendant's telephone number) (**217**) – **5 2 4** - **6 5 1 0**

4. The plaintiff sought employment or was employed by the defendant at (street address) **11203 S. Ellis Ave,** (city) **Chicago- Roseland**
(county) **Cook** (state) **Illinois** (ZIP code) **60628**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) **July**, (day) **20**, (year) **2023**.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☑ *has* ☐ *has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i) ☑ the United States Equal Employment Opportunity Commission, on or about

    (month) **March** (day) **24** (year) **2023**.

    (ii) ☐ the Illinois Department of Human Rights, on or about

    (month)_____ (day)_____ (year)_____.

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☑ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.

    It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

      defendant asserting the acts of discrimination indicated in this court complaint.

          ☐ Yes (month)_____ (day)_____ (year)_____

          ☐ No, did not file Complaint of Employment Discrimination

  (b)    The plaintiff received a Final Agency Decision on (month)_____

      (day) _____ (year) _____.

  (c)    Attached is a copy of the

      (i) Complaint of Employment Discrimination,

          ☒ Yes   ☐ No, but a copy will be filed within 14 days.

      (ii) Final Agency Decision

          ☐ Yes   ☒ N0, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

  (a)  ☐    the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

  (b)  ☒    the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) August (day) 18 (year) 2023 a copy of which *Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

  (a)  ☐  Age (Age Discrimination Employment Act).

  (b)  ☐  Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

    (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

    (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

    (g) ☑ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the ADA by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791; and for the ADEA, 29 U.S.C. § 626(c).

12. The defendant [*check only those that apply*]
    (a) ☐ failed to hire the plaintiff.
    (b) ☑ terminated the plaintiff's employment.
    (c) ☐ failed to promote the plaintiff.
    (d) ☐ failed to reasonably accommodate the plaintiff's religion.
    (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.
    (f) ☑ failed to stop harassment;
    (g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;
    (h) ☑ other (specify): Failure to comply with the EEOC Systemic Enforcement:

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Revamp Retaliatory Policies and procedures; harmful procedural error;

Breached Terms and Conditions of Conciliation Agreement with the U.S EEOC

Discovery reported on or about June 04, 2023- EEOC Charge 440-2023-00139

13. The facts supporting the plaintiff's claim of discrimination are as follows:

This is an employment-related action for violations of the Plaintiff's rights granted under

Title VII as Amended Civil Rights Act of 1964. Plaintiff was discriminated and retaliated against

based on her sex, (female) and based on her prior protected EEO activities when she was

terminated on or about July 20, 2023 from the state government employment;

subjected to hostile work environment; harmful procedural error; due process rights violations;

adversely treated in terms and conditions of employment by the Defendant, Illinois Department of Human Services.

14. **[*AGE DISCRIMINATION ONLY*]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ Yes ☑ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a)    ☐ Direct the defendant to hire the plaintiff.

    (b)    ☐ Direct the defendant to re-employ the plaintiff.

    (c)    ☐ Direct the defendant to promote the plaintiff.

    (d)    ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e)    ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f)    ☐ Direct the defendant to (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

_____
(Plaintiff's signature)

TANZY CLEMONS
_____
(Plaintiff's name)

4210 GREENBRIER LANE RICHTON PARK IL 60471
_____
(Plaintiff's street address)

(City) RICTHON PARK  (State) IL  (ZIP) 60471

(Plaintiff's telephone number) ( 630 ) – 205-8500

Date: October 05, 2023

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Chicago District Office
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 08/18/2023

**To:** Mrs. Tanzy Clemons
4210 Greenbrier Lane
RICHTON PARK, IL 60471
Charge No: 440-2023-00139

EEOC Representative and email:   AMY YALCIN
Investigator
amy.yalcin@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 440-2023-00139.

On behalf of the Commission,

Digitally Signed By: Diane I. Smason
08/18/2023

Diane I. Smason
Acting District Director

Cc:
Craig Devore
Illinois Department of Human Services
craig.r.devore@illinois.gov 100 S Grand Avenue East, 3rd Floor
Springfield, IL 62762

Please retain this notice for your records.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | 440-2023-00139 |

Illinois Department Of Human Rights                     and EEOC
*State or local Agency, if any*

| I Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)* | Home Phone | Year of Birth |
|---|---|---|
| Mrs. Tanzy Clemons | (630) 205-8500 | |

Street Address
4210 Greenbrier Lane
RICHTON PARK, IL 60471

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Illinois Department of Human Services | 501+ Employees | |

Street Address
11203 S. Ellis
ROSELAND, IL 60628

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address                     City, State and ZIP Code

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest                   Latest |
| Retaliation, Sex | 02/01/2023               02/01/2023 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I began employment with Respondent on or about October 1, 2018. My current position is Human Services Case Work. During my employment, I have been subjected to harassment. I complained, but the harassment continues.

I believe I have been discriminated against because of my sex, female, and in retaliation, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Mrs. Tanzy Clemons**<br>**03/24/2023**<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

Page 1 of 2

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

JCK Federal Building 230 S
Dearborn Street Chicago, IL 60604
Free: (833) 827-2920
TTY: (844) 234-5122
FAX: (312) 869-8001
Website: www.eeoc.gov

09/11/2023

VIA: clemonstanzy@yahoo.com
Tanzy Clemons
Illinois Department of Human Services
4210 Greenbrier lane
11203 S. Ellis Chicago
Richton Park, IL 60471

Re: FOIA No.: 440-2023-013785; EEOC Charge No.: 440-2023-00139

Dear Mrs. Clemons:

Your request under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, received by the Chicago District Office on 09/05/2023, is assigned to the [ X ] Simple [ ] Complex [ ] Expedited track with the above FOIA number. Your request will be processed by Shernice Pierce who can be reached at shernice.pierce@eeoc.gov .

[ X ]  EEOC will make every effort to issue a determination on your request on or before 10/03/2023. FOIA and EEOC regulations provide 20 working days to issue a determination on a request, not including Saturdays, Sundays and federal holidays. In unusual circumstances, EEOC may extend the 20 working days by 10 additional working days or stop processing your request until you respond to our request for fee or clarifying information. Should EEOC take an extension or stop processing your request, notice will be issued prior to the expiration of the 20 working days.

You may contact the FOIA Requester Service Center for status updates on your FOIA request or for FOIA information via toll free at (833) 827-2920, to our non-toll free number at (202) 921-2542, by e-mail to FOIA@eeoc.gov, by facsimile to (202) 653-6034, or by mail to our office address in the letterhead above. Additionally, if your request was filed online through the EEOC FOIA Web Portal, you may monitor its status at https://eeoc.arkcase.com/foia/portal/login. You may also contact the EEOC FOIA Public Liaison, Michael L. Heise, for assistance.

Sincerely,

Diane Smason (DJF)
_____
Diane Smason
Acting District Director
chicfoia@eeoc.gov

**Endnotes**